**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Gabriel Eduardo SERRANO–ROMERO, Defendant–Appellant.**

**No. 08–11284**

**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

March 10, 2009.

Linda Julin McNamara, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Ryan Thomas Truskoski, Orlando, FL, for Defendant–Appellant.

Before CARNES, WILSON and HILL, Circuit Judges.

PER CURIAM:

Ryan Thomas Truskoski, appointed counsel for Gabriel Eduardo Serrano–Romero in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Serrano–Romero's conviction and sentence are **AFFIRMED.**